```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

LEAL R. PICKERING,              :    CIV. NO.: 3:14CV1207(VLB)
WANDA SAMPEL,
     Plaintiffs,

vs.

AUGUST DeFRANCE, et al.         :    FEBRUARY 1, 2016
```

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, defendants respectfully move for summary judgment on plaintiffs' entire complaint.  As is demonstrated in the accompanying Memorandum of Law, Statement of Undisputed Facts, and supporting exhibits, the defendants are entitled to judgment as a matter of law on all claims pleaded in plaintiffs' complaint.  See Doc. 13.

More specifically, plaintiff cannot sustain their § 1983 unreasonable search and seizure claims because there was reasonable suspicion for the motor vehicle stop and detention of which they complain in Counts One and Two.  Furthermore, plaintiffs' cannot prevail on their false arrest claims in Counts Three and Four because there was probable cause for their arrests and, as to plaintiff Sampel, there was an unfavorable disposition of the underlying criminal charges.

Lastly, defendants are entitled to qualified immunity from plaintiffs' federal claims and governmental immunity to the

extent plaintiffs assert negligence liability in this action. This is because the defendants' contested conduct was objectively reasonable and did not trigger any exception to their common law and statutory governmental immunity.

    For these reasons, and all those set forth in the attached Memorandum of Law, defendants are entitled to summary judgment on plaintiffs' entire complaint.

        DEFENDANTS, AUGUST DeFRANCE, ROBERT KRAEGER, OFFICER ROMOTTI, LOUIS JULIA, OFFICER SCHREINER and SERGEANT LUKANIK

        BY/ss/Patrick D. Allen
        Patrick D. Allen
        Federal Bar No.: ct28403
        Karsten & Tallberg, LLC
        500 Enterprise Drive, Ste. 4B
        Rocky Hill, CT 06067
        Telephone (860)233-5600
        Telecopier (860)233-5800
        pallen@kt-lawfirm.com

**CERTIFICATION**

I hereby certify that on February 1, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                              /ss/Patrick D. Allen
                                              Patrick D. Allen