```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

LEAL R. PICKERING,              :    CIV. NO.: 3:14CV1207(VLB)
WANDA SAMPEL,
     Plaintiffs,

vs.

AUGUST DeFRANCE, et al.         :    FEBRUARY 1, 2016
```

## INDEX OF EXHIBITS IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

A. Deposition Transcript of Leal Pickering, 9/29/15

B. Deposition Transcript of Wanda Sampel, 9/29/15

C. Deposition Transcript of August DeFrance, 6/29/15

D. Deposition Transcript of Robert Kraeger, 9/30/15

E. Deposition Transcript of Louis Julia, 9/30/15

F. Deposition Transcript of James Remotti, 9/30/15

G. Deposition Transcript of Daniel Schreiner, 6/30/15

H. Deposition Transcript of Michael Lukanik, 6/29/15

I. Incident Detail Report # 12-24647

J. Photo – Vehicle Interior

K. Criminal Case Detail, Docket # H12M-CR10-0231517-S.

L. Criminal Case Detail, Docket # MMX-MV12-0445141-T

M. NARK 1003 Test Kit Box/Instructions