# EXHIBIT  M





**CAUTION:** READ INSTRUCTION MANUAL BEFORE USING

Nitric Acid Reagent TESTING PROCEDURE

**WARNING!** Contains Strong Acid.
1. Remove Cap.
2. Deposit suspect material in tube.
3. Replace cap and tap firmly to ensure material falls to bottom of tube.
4. Break ampoule —AGITATE.

External Antidote: Immediately flood surface with water. Neutralize with sodium carbonate (baking soda).

Internal Antidote: In case of ingestion, do not induce vomiting. Dilute by drinking water or milk and consult a physician.

Yellow changing slowly to Light Green or Yellow-Green is indicative of Heroin.
Orange-Yellow changing to Yellow is indicative of Morphine.